### *Defiance* vs. *Nuestra Seniora de la Concepcion*, 1747

Deposition of Francisco Sambo a Free Negro Man being duly Sworn to declare to the truth of all the foregoing Interrogatories answered as follows. Viz<sup>t</sup>

To the first Interrogatory he this Deponent declared that he was born in Curacoa and had lived there from my Infancy and a Subject to the States General.

To the Second Interrogatory the Wittness declared that he could not tell the Exact time. But was taken off S<sup>t</sup> Mark on the Spanish main, by an English Privateer, we made no resistance.

To the Third Interrogatory the Wittness Ans<sup>d</sup> that he was on board said Vessel when she was so taken, that he could neither read nor write and therefore could tell nothing of the Commission, but understood that he was taken by a Privateer belonging to Rhode Island, and understood that the Vessel and Cargo belonged to some Spaniards who lived at Marricabo, and was a Merchant Vessel.

To the Fourth Interrogatory the Wittness declared, That the Captors looked upon her to be a Spaniard.

To the Fifth Interrogatory the Wittness Answ<sup>d</sup> that he did not know the Masters name being so little time on board, but I understand he lived with his wife and Family at Marricabo and was a Subject to the King of Spain

To the Sixth Interrogatory the Wittness Answered that there was Seven Mariners on board all Spaniards, Two of whom came on board at S<sup>t</sup> Mark and the rest he understood came in the Vessel from Marricabo, but can give no Answer to the rest of the Question

To the Seventh Interrogatory he the Wittness Answered that he did not belong to the Vessel taken but that he had been taken a little while before by a Spanish Privateer, and carried into S<sup>t</sup> A. Mark, from whence He took his Passage in the Vessel afores<sup>d</sup> for Carthagena in order to go to Curacas, and has no further knowledge of this Vessel.

To the Eighth Interrogatory he the Wittness Answered that the S<sup>d</sup> Vessel was bound to Cartagena that she Sailed from S<sup>t</sup> A. Mark, that the Voyage began at Marricabo as he has heard, and his Lading was Salt, Skins and other Goods, The particular Quantity He does not know, and has no knowledge as to the Legallity of the Trade.

To the Ninth Interrogatory he the Wittness Answered That he has no knowledge of the Owners but he looked upon her to belong Intirely to the Spaniards

To the Tenth Interrogatory He the Wittness Answered that he has no knowledge of any Bill of Sale,

To the Eleventh Interrogatory he the Wittness Answered that he had no knowledge of the taking on board any Goods, but understood the Cargo was taken on board at Marricabo.

To the Twelfth, and Thirteenth Interrogatories the Wittness Answered that he had no knowledge of any Papers whatsoever.

To the Fourteenth Interrogatory the Wittness Answered that all he could say was the Vessel and Goods was taken off S<sup>t</sup> A. Mark on the Spanish Main.

To the Fifteenth Interrogatory the Wittness that he had no knowledge of any Charter Party's

To the Sixteenth Interrogatory the Wittness Ans<sup>d</sup> that he had no knowledge of any Papers or writings whatsoever.

To the Seventeenth Interrogatory the Wittness Answered that he knew nothing about it.

Francisco   X   Sambo's<br>mark

At a Court of Vice Admiralty held at Newport in the Colony of Rhode Island, the following Interrogatories were taken before the Honble W<sup>m</sup> Strengthfield Esq<sup>r</sup> D. Judge, on Friday the 23<sup>d</sup> of October A. D. 1747.

Robert Thomas a Subject of Great Britain and Principal officer of the

Vesel sent into Port by Jn° Sweet Com^r of the Brig^n Defiance to be adjudicated as Prize, on his oath in Court gave Ans^r as follows, Viz^t

*Q^n* When where and by whom was this Vessel and Goods concerning which you are now Examined taken and Siezed did She make any resistance and what.

*A^r* on the Eleventh of Sep^r last, off S^t Mark on the Spanish Main by J^n Sweet Com^r of the Brig^n Defiance, She made no resistance

*Q^n* Was you present at the time of the taking s^d Vessel.

*A^r* Yes. I was on board the afores^d Privateer.

*Q^n* Was the Vessel a man of War or Privateer, who did she belong to by whom Commissionated, to what Nation did this Vessel so taken belong, was the Vessel a Man of War or Merchantman.

*A^r* She was a Privateer belonged to M^r Jn° Tillinghast and Company. and Comm^d by Gideon Warton Esq^r Gov^r of Rhode I^d to w^ch place she belonged, the Vessel taken was a Merchantman.

*Q^n* Upon what pretence did you take her.

*A^r* We looked upon her to be a Spaniard.

*Q^n* What number of Marriners did you find on board, at the time of Capture

*A^r* We found none, Saving One Negro Man, who Spoke English and told us she was a Spanish Vessel that the People all deserted her, when we approached.

*Q^n* Are the Papers produced in Court all that were found on board at the time of Capture without fraud, Subduction, Addition or Embezzelment.

*A^r* Yes.

Two Papers Supposed to relate to the Vessel and Cargo, M^k A. B. Fifty three Sealed Letters, and Eight loose papers not Sealed being then produced in Court.

*Q^n* What Burthen is the Vessel taken, and how many Guns.

*A^r* About Sixty Tons burthen, and Six Swivel Guns.

Rob^t Thomas

Walter Wright a Subject of Great Britain and one of the Mariners belonging to the Privateer afores^d who came home in the Vessel afores^d also made oath to the truth foregoing Questions (being likewise on board the Privateer at the time of Capture) Save only that he has no knowledge of the Exact Quantity of Papers as they were not delivered in his Custody.

Walter Wright

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty held at Newport in the Colony afores^d on Thursday the 12th Day of November A. D. 1747.

Present the Hon^ble W^m Strengthfield Esq^r Dep: Judge.

The Court being opened

The Libel and monition etc. was read in Court

M$^r$ Moses Lopez sworn Interpreter, having perused the several letters on board said Vessel, declared that they all corroborated Setting forth, the property of s$^d$ Vessel and Cargo to be owned by several subjects of the King of Spain agreable to the Clearances.

at which time his Hon$^r$ the Dep: Judge pronounced his Decree accordingly the Court was adjourned untill further notice

Having thoroughly perused the Papers found on board the Schooner called, The Nuestra Seniora de las Concepcion y El Santo Christo de Maracaibo, sent in here by Cap$^t$ Sweet and likewise considered such Evidence as could be Obtained relating the same from all which it appears that the s$^d$ Vessel and her Cargo, were at the time of Capture, the Property of Several of the Subjects of The King of Spain, Enemies to our Sovreign Lord the King, I therefore condemn the same as lawfull Prize, Appraisement of the same, being first made by persons to be Appointed for the same Purpose by this Court, Unless the Same be wholly sold at Vendue as the Owners propose, and then I order the Register to Attend the sale in order to make return on Oath to this Court of the Contents and Value of the same, The Captors Paying Cost

W$^m$ Strengthfield D$^y$ Judge of Adm$^y$

Newport Nov$^r$ 12th 1747.